UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTIN SHKRELI,

                Plaintiff,

       v.

LEE YAFFE

                Defendant.

CIVIL ACTION

No. 1:19-cv-5084

**STIPULATION AND PROPOSED SCHEDULING ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties, subject to the approval of the Court, as follows:

1.     Defendant shall respond to the Complaint (ECF Doc. No. 1) by **November 15, 2019**.

2.     If Defendant responds to the complaint with a motion to dismiss, Plaintiff shall respond to the motion to dismiss by **December 16, 2019**.

3.     If Plaintiff responds to the motion to dismiss with an amended complaint, Defendant may respond to Plaintiff's amended complaint by a motion to dismiss an amended complaint by **January 6, 2019**.

4.     Other than as set forth above, the deadlines in the Federal Rules of Civil Procedure and the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York shall govern the remaining deadlines.

The parties hereto consent as to the form and entry of this Stipulation and Order.

KANG HAGGERTY & FETBROYT LLC

By: ~~[signature]~~
Edward T. Kang
Kandis L. Kovalsky (*Pro Hac Vice*)
*Counsel for Plaintiff, Martin Shkreli*

Dated: October 25, 2019

GUZOV, LLC

By ~~[signature]~~
David Joseph Kaplan
Debra J. Guzov
*Counsel for Defendant, Lee Yaffe*

Dated: October 30, 2019

IT IS SO ORDERED THIS ___ DAY OF _____, 2019.

BY THE COURT:

_____
MARGO K. BRODIE, J.
United States District Judge

2