**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN SHKRELI, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : Case No. 1:19-cv-5084(MKB)(SJB) |
| LEE YAFFE | : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Martin Shkreli, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Lee Yaffe. Defendant has not served an answer or a motion for summary judgment.

                Respectfully submitted,

                KANG HAGGERTY & FETBROYT LLC

                By: */s/ Edward T. Kang*
                  Edward T. Kang, Esq.
                  Kandis L. Kovalsky, Esq.
                  123 South Broad Street, Suite 1670
                  Philadelphia, Pennsylvania 19109
                  ekang@khflaw.com
                  kkovalsky@khflaw.com
                  P: (215) 525-5850
                  F: (215) 525-5860
                  *Attorneys for Plaintiff, Martin Shkreli*

Dated: Philadelphia, Pennsylvania
     February 20, 2020